IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30537
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ANTONIO WHITE,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 00-CR-30023-ALL
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Antonio L. White pleaded guilty to one count of conspiracy to possess with intent to distribute 50 grams or more of cocaine base.  White appeals his sentence arguing that the district court erred in finding him responsible for 56.7 grams of cocaine base. The district court's determination of the quantity of drugs for sentencing purposes is a factual finding that we review for clear error.  United States v. Torres, 114 F.3d 520, 527 (5th Cir. 1997).  The testimony of the probation officer is the only evidence in the record regarding the drug transactions in

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

question. The testimony supports the district court's finding regarding the amount of cocaine base that is relevant conduct to White's offense of conviction. Accordingly, White cannot show that the district court was clearly erroneous in its factual finding.

AFFIRMED.